UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS J. CAPOS,

Defendant.

Case No. 2:14-CR-00020-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS J. CAPOS ,

Case No. 2:14-CR-00020-MCE , from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  50,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): _____ Pretrial Services conditions

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____

Magistrate Judge Kendall J. Newman