THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nicholas Capos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14-cr-00020-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF THE UNSECURED APPEARANCE BOND |
| NICHOLAS CAPOS, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the co-signer of the $50,000 unsecured appearance bond is to be changed from LaShelle Capos to John Capos.  Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this bond modification. The Pretrial Services Officer also agrees to modify the bond and substitute John Capos as the new co-signer.  Pretrial Services spoke to LaShelle Capos who confirmed she wishes to be removed as a surety on the defendant's bond.  She declined to provide a specific reason.  Pretrial Services also spoke to Mr. John Capos, the defendant's brother, as a potential surety.  At this time, Pretrial Services believes Mrs. Capos should be removed from the bond and Mr. John Capos is appropriate to cosign a $50,000 unsecured bond. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: February 13, 2014            By:    /s/  Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Nicholas Capos

1

| | |
|---|---|
| DATED:  February 13, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for<br>PAUL HEMESATH<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  February 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE