THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Nicholas Capos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>NICHOLAS CAPOS<br><br>    Defendant. | Case No.: 2:14-cr-00020-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

      Plaintiff, United States of America, by and through its counsel of record, Paul Hemesath, and defendant, Nicholas Capos, through his counsel of record, Thomas A. Johnson, hereby stipulate and agree that the status conference set for March 20, 2014, be continued to May 22, 2014, and stipulate that the time beginning March 20, 2014, and extending through May 22, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

      To date, the defendant has been provided with approximately 5,000 pages of discovery.  The government is in the process of preparing another set of discovery to distribute to the defendant.  The case is complex and additional time is needed to prepare for the defense of the charges.  The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).

**IT IS SO STIPULATED.**

DATED:  March 18, 2014                         /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Defendant
                                               Nicholas Capos

DATED:  March 18, 2014                         BENJAMIN B. WAGNER
                                               United States Attorney

                                        By:    /s/ Thomas A. Johnson for
                                               Paul Hemesath
                                               Assistant U.S. Attorney

## ORDER

**IT IS SO FOUND AND ORDERED.**

**Dated:  March 19, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2