THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Nicholas Capos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>NICHOLAS CAPOS<br><br>    Defendant. | Case No. 2:14-cr-00020-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

    Plaintiff, United States of America, by and through its counsel of record, Paul Hemesath, and defendant, Nicholas Capos, through his counsel of record, Thomas A. Johnson, hereby stipulate as follows:

1. By previous order, this matter was set for Status on May 22, 2014.

2. By this stipulation, Defendant now moves to continue the Status Conference to June 26, 2014, and to exclude time between May 22, 2014, and June 26, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes approximately 5,000 pages of discovery.  This discovery has been either produced directly to counsel and/or made available for

inspection and copying. To date, the defendant has been provided with approximately 5,000 pages of discovery. The continuance is requested because defense counsel just completed a federal trial and needs additional time to review the discovery, and prepare for the defense of the charges.

    b. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2014, to June 26, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: May 19, 2014                    /s/ Thomas A. Johnson
                                             THOMAS A. JOHNSON
                                             Attorney for Nicholas Capos

DATED: May 19, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
Paul Hemesath
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3