1   THOMAS A. JOHNSON, #119203
    KRISTY M. KELLOGG, #271250
2   400 Capitol Mall, Suite 1620
    Sacramento, California  95814
3   Telephone:  (916) 422-4022
4   Attorneys for Nicholas Capos

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8                                        )
9   UNITED STATES OF AMERICA,            )   Case No.: 2:14-cr-00020-MCE
                                         )
10                     Plaintiff,        )   STIPULATION AND ORDER FOR
           v.                            )   CONTINUANCE OF STATUS
11                                       )   CONFERENCE
    NICHOLAS CAPOS                       )
12                                       )
                       Defendant.        )
13                                       )
                                         )
14                                       )
                                         )
15  _____ )

16         Plaintiff, United States of America, by and through its counsel of record, Paul

17  Hemesath, and defendant, Nicholas Capos, through his counsel of record, Thomas A.

18  Johnson, hereby stipulate and agree that the status conference set for June 26, 2014, be

19  continued to August 14, 2014, and stipulate that the time beginning June 26, 2014, and

20  extending through August 14, 2014, should be excluded from the calculation of time

21  under the Speedy Trial Act.  The parties submit that the ends of justice are served by the

22  Court excluding such time, so that counsel for each defendant may have reasonable time

23  necessary for effective preparation, taking into account the exercise of due diligence.

24  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

25         To date, the defendant has been provided with approximately 5,000 pages of

26  discovery.  The government is in the process of preparing another set of discovery to

27  distribute to the defendant.  The case is complex and additional time is needed to prepare

28  for the defense of the charges.  The parties stipulate and agree that the interests of justice

                                                                                          1

1  served by granting this continuance outweigh the best interests of the public and the

2  defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).

3

4        **IT IS SO STIPULATED.**

5

6  DATED:  June 24, 2014                    /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
7                                           Nicholas Capos

8
   DATED:  June 24, 2014                    BENJAMIN B. WAGNER
9                                           United States Attorney

10                                  By:    /s/ Thomas A. Johnson for
                                           Paul Hemesath
11                                         Assistant U.S. Attorney

12

13                         **ORDER**

14        **IT IS SO ORDERED.**

15

16  Dated:  June 30, 2014

17

18  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
19  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                                                                    2