BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>NICHOLAS J. CAPOS,<br><br>             Defendant. | CASE NO. 2:14-CR-00020-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND REQUEST FOR BRIEFING SCHEDULE AND HEARING DATE; FINDINGS AND ORDER<br><br>DATE: October 24, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 24, 2014.

2.      By this stipulation, defendant now requests a motions hearing date of December 11, 2014, and to exclude time between the filing of the motion (predicted to be November 6, 2014) and the time that defense counsel's motion is decided by the court, under Local Code E.

3.      The parties further request the court to exclude time between the last date through which the Court found excludable time, September 18, 2014, and the proposed hearing date, December 11, 2014, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case

includes voluminous investigative reports, patient records, and other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to conduct its own investigation, consult with his client and review discovery.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2014 to October 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.   Furthermore, due to the pre-trial motions schedule referenced below, time should also be excluded under 18 U.S.C. §3161 (h)(1)(D) (Local Code E, pre-trial motion).

g)      The parties propose the following briefing schedule for pre-trial motions:

• Defense motions due on November 6, 2014;

• Government response due on November 20, 2014;

• Defense reply, if any, due on December 4, 2014;

• Hearing date for such motions: December 11, 2014.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1      5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4      IT IS SO STIPULATED.

Dated:  October 21, 2014                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ PAUL A. HEMESATH
                                  PAUL A. HEMESATH
                                  Assistant United States Attorney

Dated:  October 21, 2014                  /s/ THOMAS A. JOHNSON
                                  THOMAS A. JOHNSON
                                  Counsel for Defendant
                                  NICHOLAS J. CAPOS

**ORDER**

      IT IS SO FOUND AND ORDERED.

Dated:  October 24, 2014

                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT