THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Nicholas Capos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE JURY TRIAL |
| v. | |
| NICHOLAS CAPOS | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, Paul Hemesath, and defendant, Nicholas Capos, through his counsel of record, Thomas A. Johnson, hereby stipulate and agree that the jury trial set for July 20, 2015, be continued to May 9, 2016, Trial Confirmation to be on April 7, 2016, at 9 am.  Both parties agree and  stipulate that the time beginning July 20, 2015, and extending through May 9, 2016 should be excluded from the calculation of time under the Speedy Trial Act.  The request to continue is based upon the unavailability of an expert for the defense and because the defense needs more time to review the voluminous records in the discovery.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.     18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1

1  The case is complex and additional time is needed to prepare for the defense of the
2  charges.  The parties stipulate and agree that the interests of justice served by granting
3  this continuance outweigh the best interests of the public and the defendants in a speedy
4  trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).

**IT IS SO STIPULATED.**

DATED:  June 2, 2015                                   /s/ Thomas A. Johnson
                                                                        THOMAS A. JOHNSON
                                                                        Attorney for Defendant
                                                                        Nicholas Capos

DATED:  June 2, 2015                                   BENJAMIN B. WAGNER
                                                                        United States Attorney

                                                              By:  /s/ Thomas A. Johnson for
                                                                        Paul Hemesath
                                                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2