THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER |
| v. | |
| NICHOLAS CAPOS, | Date: January 26, 2017 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 3, 2016, at 10:00 a.m. is continued to January 26, 2017, at 10:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 26, 2017 |
| Reply or Statement | January 19, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing | January 12, 2017 |

1

counsel no later than:

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 6, 2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 22, 2016 |

**IT IS SO STIPULATED.**

DATED: October 28, 2016          By:   /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Nicholas Capos

DATED: October 28, 2016                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                         By:   /s/ Thomas A. Johnson for
                                                PAUL HEMESATH
                                                Assistant United States Attorney

         IT IS SO ORDERED.

Dated:  November 26, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2