THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S  STIPULATION AND ORDER |
| v. | |
| NICHOLAS CAPOS, | Date: March 16, 2017 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 26, 2017, is continued to March 16, 2017, at 10:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 16, 2017 |
| Reply or Statement | March 9, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing | March 2, 2017 |

1

counsel no later than:

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:     February 16, 2017

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     February 2, 2017

**IT IS SO STIPULATED.**

DATED: January 11, 2017            By:   /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Nicholas Capos

DATED: January 11, 2017                  PHILLIP A. TALBERT
                                         Acting United States Attorney

                                   By:   /s/ Thomas A. Johnson for
                                         PAUL HEMESATH
                                         Assistant United States Attorney

    IT IS SO ORDERED.

Dated:  January 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2