THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| NICHOLAS CAPOS, | Date:  May 18, 2017 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for March 16, 2017, is continued to May 18, 2017, at

10:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for

sentencing.  Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson,

Defendant's attorney, agree to this continuance.  The PSR schedule is to be amended as

follows:

Judgment and Sentencing date:                    May 18, 2017 _____

Reply or Statement                               May 11, 2017 _____

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and         May 4, 2017 _____
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:

April 20, 2017

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

April 13, 2017

**IT IS SO STIPULATED.**

DATED: March 14, 2017

By:   /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Nicholas Capos

DATED: March 14, 2017

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  March 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE