THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| NICHOLAS CAPOS, | Date: August 3, 2017 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 18, 2017, is continued to August 3, 2017, at 10:00 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | August 3, 2017 |
| Reply or Statement | July 27, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 20, 2017 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 13, 2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 29, 2017 |

**IT IS SO STIPULATED.**

DATED: May 15, 2017      By:    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Nicholas Capos

DATED: May 15, 2017            PHILLIP A. TALBERT
United States Attorney

                                     By:    /s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

    IT IS SO ORDERED.

Dated: May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE