1   THOMAS A. JOHNSON, #119203
    KRISTY M. KELLOGG, #271250
2   Law Office of Thomas A. Johnson
    400 Capitol Mall, Suite 1620
3   Sacramento, California 95814
4   Telephone: (916) 422-4022

5

6               IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )   Case No.: 2:14-cr-00020-MCE
                                       )
10              Plaintiff,             )   DEFENDANT'S STIPULATION AND
11      v.                             )   ORDER FOR CONTINUANCE OF J&S
                                       )
12  NICHOLAS CAPOS,                    )   Date:  November 30, 2017
                                       )   Time: 10:00 a.m.
13              Defendant.             )   Judge: Morrison C. England, Jr.
                                       )
14  _____  )

15

16          **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

17  Judgment and Sentencing scheduled for August 3, 2017, is continued to November 30,

18  2017, at 10:00 a.m. in the same courtroom.   Defendant needs additional time to prepare

19  for sentencing.  Paul Hemesath, Assistant United States Attorney, and Thomas A.

20  Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is to be

21  amended as follows:

22  Judgment and Sentencing date:                    November 30, 2017

23

24  Reply or Statement                               November 23, 2017

25  Motion for Correction of the Pre-Sentence
    Report shall be filed with the court and         November 16, 2017
26  served on the Probation Officer and opposing
27  counsel no later than:

28

                                                                              1

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:

November 9, 2017

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

October 19, 2017

**IT IS SO STIPULATED.**

DATED: July 25, 2017

By:     /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Nicholas Capos

DATED: July 25, 2017

PHILLIP A. TALBERT
United States Attorney

By:     /s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  July 26, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2