THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| NICHOLAS CAPOS, | Date: January 25, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 30, 2017, is continued to January 25, 2018, at 10:00 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                      January 25, 2018

Reply or Statement                                                         January 18, 2018

1

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 11, 2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 4, 2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 21, 2018 |

**IT IS SO STIPULATED.**

DATED: November 27, 2017          By:   /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Nicholas Capos


DATED: November 27, 2017                PHILLIP A. TALBERT
                                        United States Attorney

                                  By:   /s/ Paul Hemesath
                                        PAUL HEMESATH
                                        Assistant United States Attorney

    IT IS SO ORDERED.

Dated: November 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE