THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00020-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF J&S |
| v. | |
| NICHOLAS CAPOS, | Date: January 25, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 25, 2018, is continued to February 22, 2018, at 10:00 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Paul Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:February 22, 2018

Reply or StatementFebruary 15, 2018

Motion for Correction of the Pre-Sentence
Report shall be filed with the court andFebruary 8, 2018
served on the Probation Officer and opposing

1

counsel no later than:

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:     February 1, 2018

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     January 18, 2018

**IT IS SO STIPULATED.**

DATED: January 12, 2018      By:    /s/ Thomas A. Johnson
    THOMAS A. JOHNSON
    Attorney for Nicholas Capos

DATED: January 12, 2018      MCGREGOR SCOTT
    United States Attorney

     By:    /s/ Paul Hemesath
    PAUL HEMESATH
    Assistant United States Attorney

    IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE