THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>NICHOLAS CAPOS,<br><br>   Defendant. | Case No.: 2:14-cr-00020-MCE<br><br>DEFENDANT'S SENTENCING MEMORANDUM AND OBJECTIONS TO THE PSR<br><br>Date: February 22, 2018<br>Time: 10:00 a.m.<br>Judge: Chief Morrison C. England, Jr. |

## **I – INTRODUCTION**

The Pre-Sentence Report ("PSR") recommends a sentence of 87 months based upon a Total Offense Level of 27 and a Criminal History Category I. Defendant submits the following Sentencing Memorandum which includes objections to the PSR.

## **II – SENTENCING MEMORANDUM**

**A. Factors under USSC § 3553(a) Warrant a Downward Departure**

The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes of sentencing. See 18 U.S.C. § 3553(a). The sentence should 1) reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; 2) afford adequate deterrence to criminal conduct; 3) to protect the public from further crimes of the defendant; and 4) to provide the defendant

with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.  *See* 18 U.S.C. § 3553(a)(2).

Mr. Capos is currently 67 years-old.  Mr. Capos graduated from Northwestern School of Medicine in 1977.  He practiced as a doctor for almost forty years. As the result of this case, Mr. Capos surrendered his license to practice medicine in May of 2016.  He lost his business, his wife, and his home all as the result of the poor choices he made.  There is no doubt that he has suffered immensely as the result of his conduct.  Because of his lack of criminal record prior to this case, and his education, and age at the time of release, we are hoping the Court will consider departing downward.

## III – CONCLUSION

Based upon the objections, we are hoping you amend Mr. Capos' Total Offense Level to 27, Criminal History I which has a guideline range of 70 to 87 months imprisonment.  The plea agreement allows Mr. Capos to argue for any sentence based upon the sentencing factors in 18 U.S.C. § 3553(a).  Given the characteristics of Mr. Capos, and the nature and circumstances of this case, we are requesting the Court departs downward and amends the sentence to 52 months.  Such a sentence sufficiently takes into consideration the goals of sentencing and provides an appropriate punishment for Mr. Capos.  Therefore, for all the aforementioned reasons, we hope the Court considers departing downward and sentencing Mr. Capos to 52 months imprisonment.

Dated:  February 20, 2018             Respectfully submitted,

                                      /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Nicholas Capos