Honorable Morrison England  
United States District Court  
501 I St.  
Sacramento, Ca. 95814

Feb 12, 2018

Honorable Judge Morrison England:

I declare that my prescribing of pain pills was excessive, irresponsible, and without any shared culpability (beyond my own). Downstream disruption resulting from my prescriptions did occur and was insufficiently contemplated in my thought process à priori. In the months since DEA apprehension, great loss has been delivered onto me: I have lost my medical license, family, home, and practice. Previously, my professional status was radiant; now, I am invisible. From the depths of my downfall, my apology is extended to the pharmacies, the DEA, the Court and my family. Amidst the final years of my life, I beseech the Court for mercy in the retribution for my offenses.

Respectfully,

Nicholas Capos, defendant

Honorable Morrison England  
United States District Court  
501 I St.  
Sacramento, Ca 95814

Feb 12, 2018

Honorable Judge Morrison England:

I declare that my prescribing of pain pills was excessive, irresponsible, and without any shared culpability (beyond my own). Downstream disruption resulting from my prescriptions did occur and was insufficiently contemplated in my thought process à priori. In the months since DEA apprehension, great loss has been delivered onto me: I have lost my medical license, family, home, and practice. Previously, my professional status was radiant; now, I am invisible. From the depths of misfortune, my apology is extended to the pharmacies, the DEA, the court, and my family. Amidst the final years of my life, I beseech the Court for mercy in the retribution for my offenses.

Respectfully,

Nicholas Capos, defendant