# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Nicholas J. Capos   **Docket Number:**   0972 2:14CR00020-001

**Name of Judicial Officer**:   Senior United States District Judge Morrison C. England, Jr.

**Date of Original Sentence:**   2/22/2018

**Original Offense:** Counts 2-6:  21 U.S.C. § 841(a)(1) - Distribution and Dispensation of Oxycodone  (Class C Felony)

**Original Sentence:** 52 months custody of the Bureau of Prisons (concurrent for all counts); 36 months of Supervised Release; $500 Special Assessment; $12,500 Fine; DNA Collection

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Drug/Alcohol Treatment
4. Drug/Alcohol Testing
5. Aftercare Co-payment
6. Drug Registration

**Type of Supervision:**   TSR

**Date Supervision Schedule to Commence:**   1/2/2022

**Other Court Actions:**  None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall reside and participate in a residential community corrections center, at a location determined by the Bureau of Prisons (BOP), for a period of up to 180 days; said placement shall commence as directed by the probation office pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Nicholas J. Capos' term of Supervised Release is due to commence on January 2, 2022. As of this date, the offender does not have a viable release plan and will be released homeless to the community. In order to assist the offender with transitional services and stable housing, it is requested Capos be allowed to reside at a Residential Re-entry Center (RRC) for a period of up to 180 days. This will provide him with additional time to secure appropriate housing and seek employment. Capos has signed a waiver to modify his conditions of supervised release to include placement in a residential re-entry center for a period of up to 180 days as directed by the probation office. In considering the above, the undersigned respectfully requests the Court grant the above-noted modification of the offender's conditions of supervised release.

Respectfully submitted,

*[signature]*

**Kendall Millhouse**
**United States Probation Officer**
Telephone: (209) 702-6352

**DATED:** 5/25/2021

Reviewed by,

*[signature: Laura Weigel]*

**Laura Weigel**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

RE: **Nicholas J Capos**  Docket Number: 0972 2:14CR00020- 001

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

**Dated: June 4, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Probation
   Assistant United States Attorney: Paul Hemesath
   Defense Counsel: Thomas Johnson